Ernest Warren, Jr.  OSB #891384
Warren & Sugarman
838 S.W. First Ave., Suite 200
Portland, OR 97204
Tel: (503) 228-6655
E-mail: e.warren@ernestwarrenlaw.com

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:24-CR-00408-001-IM |
| Plaintiff, | |
| v. | **DEFENDANT JIMY ARIAS-DIAZ SENTENCING MEMORANDUM** |
| **JIMY ARIAS-DIAZ,** | |
| Defendant. | |

**I.  PRESUMMARY.**

For the reasons stated herein, from a review of the record, and all the documents submitted on behalf of Mr. Arias-Diaz, we respectfully request that the Court impose a sentence of fifty (50) months, five years of supervised release, and a one-hundred ($100) dollars special assessment.

**II.  SENTENCING CONSIDERATIONS.**

This Court is not bound by the advisory guidelines. <u>US v. Booker</u>, 543 U.S. 220 (2005). The guidelines, however, are the 'starting point' for the Court's sentencing considerations pursuant to 18 USC §3553. <u>Gall v. U.S.</u>, 552 U.S. 38, 49 (2007). The "district court should begin all sentencing proceedings by correctly calculating the applicable [g]uidelines range." <u>Id</u>. After the parties are given a chance to argue for a sentence that they believe is appropriate,

Page 1- *SENTENCING MEMORANDUM*

**WARREN & SUGARMAN**
**Attorneys at Law**
**838 SW First Avenue • Suite 200 • Portland, Oregon 97204**
**Tel (503) 228-6655**
**rnestwarrenlaw.com**

the Court should consider the §3553(a) factors and decide upon a sentence that the Court believes is appropriate, and if the sentence supports the sentence suggested by the parties. U.S. v. Carty, 520 F. 3d 984, 991 (9th Cir. 2008) ( citing Gall, 128 S.Ct. at 596-97, n.6). The Court must make an individualized determination based on the facts, may not presume that the guideline range is reasonable, and should not give the guidelines factors more or less weight than other §3553(a) factors. Id. If the Court decides an outside-guidelines sentence is warranted, the Court must ensure that the justification is sufficiently compelling to support the degree of the variance. Id. Finally, once a sentence is selected, the Court must explain it sufficiently to permit meaningful appellate review. Id., at 992. The factors to consider pursuant to §3553(a) include the nature and circumstances of the offense; the history and characteristics of the defendant; the need for the sentence imposed to reflect the seriousness of the offense; the need for the sentence to promote respect for the law; the need for the sentence to provide just punishment for the offense; the for the sentence to afford adequate deterrence to criminal conduct; the need for the sentence to to protect the public from further crimes of the defendant; and the need to provide the defendant with needed training, care, or treatment.

### III.     PRESENTENCE REPORT AND PLEA AGREEMENT CONSIDERATIONS.

We agree with the Presentence Report ("PSR") writer that the Base Offense Level is 36. PSR @ paragraph 32. We agree that Mr. Arias-Diaz is eligible for a 2-level Safety Valve reduction. PSR @ paragraph 33. We agree that Mr. Arias-Diaz is a "Zero-Point Offender. PSR @paragraph 38. We agree that he is entitled to a 3-level Acceptance of Responsibility reduction. PSR @ paragraphs 39-40. We agree that his Total Offense Level is 29. Finally, we agree that Mr. Arias-Diaz has a total criminal history score of zero points. PSR @ paragraph 45.

One other consideration located at paragraph 13 of the Plea Agreement Letter between the parties where it states in part: "Defendant agrees that, should the defendant seek a downward departure, adjustment, or variance from the applicable guideline range determined by the Court and Probation Office, defendant will provide the government with notice of the …factual basis,…evidence defendant intends to…rely upon at the sentencing hearing…" Respectfully, Mr. Arias-Diaz expresses notice of his intention to seek a downward departure, adjustment or variance from the applicable guideline range.

Page 2-SENTENCING MEMORANDUM

WARREN & SUGARMAN
Attorneys at Law
838 SW First Avenue • Suite 200 • Portland, Oregon 97204
Tel (503) 228-6655
ernestwarrenlaw.com

### IV.     FACTORS TO CONSIDER PURSUANT TO 18 U.S.C. SECTION 3553(a).

**A.     Nature and Circumstances of the Offense and Characteristics of the Defendant.**

Mr. Arias-Diaz came to Kansas City and Miami with the intention of working to help support his family. In Miami he worked on construction. After one and a half years in the United States, Mr. Arias-Diaz moved to the Bay Area in search of work and unfortunately was coerced into drug trafficking. He wanted to return to Miami but was forced to stay in Oregon until the time of his arrest.

**B.     To Reflect the Seriousness of the Offense.**

Mr. Arias-Diaz regrets that he ever came to the west coast to be coerced into drug trafficking. He understands what he did was wrong and dangerous, and Mr. Arias-Diaz understands that he may never return to the United States again. While serving his sentence, Mr. Arias-Diaz will not be allowed to participate in any educational or vocational training because he is not an American Citizen. The best Mr. Arias-Diaz may hope for while serving a sentence is to work a job on the prison grounds or a job working in some prison industry and not be compensated for his work or get credit for less time in the sentence.

### V.     CONCLUSION.

Based upon the record herein Mr. Arias-Diaz prays for a fifty (50) month sentence, five (5) years of supervised release, and a $100 special assessment.

DATED this 23rd day of April, 2025.

**RESPECTFULLY SUBMITTED,**

*/s/ Ernest Warren, Jr.*
Ernest Warren, Jr., OSB No.: 891384
Attorney for Defendant

Page 3-*SENTENCING MEMORANDUM*

**WARREN & SUGARMAN**
**Attorneys at Law**
**838 SW First Avenue • Suite 200 • Portland, Oregon 97204**
**Tel (503) 228-6655**
**ernestwarrenlaw.com**

## CERTIFICATE OF SERVICE

I Ernest Warren, Jr., hereby certify that, on April 23, 2025, I made service of DEFENDANT JIMY ARIAS-DIAZ SENTENCING MEMORANDUM enclosed herein with the Clerk of the U.S. District Court, District of Oregon in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF PACER Electronic Filing System as follows:

**AUSA Lewis Burkhart**
United States Attorney's Office
1000 S.W. Third Avenue,
 Suite 600
Portland, OR 97204
(503) 727-1053
Email:lewis.burkhart@usdoj.gov

and filed the original with the Court on the date listed below.

DATED this 23rd day of April, 2025.

                                                        **RESPECTFULLY SUBMITTED,**

                                                        ***/s/ Ernest Warren, Jr.***
                                                        Ernest Warren, Jr., OSB No.: 891384
                                                        Attorney for Defendant

Page 4- *SENTENCING MEMORANDUM*

**WARREN & SUGARMAN**
**Attorneys at Law**
**838 SW First Avenue • Suite 200 • Portland, Oregon 97204**
**Tel (503) 228-6655**
ernestwarrenlaw.com